IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FLOYD JAMES CALICO                                                    PLAINTIFF

V.                              CASE NO. 5:19-CV-05049

SHERIFF TIM HELDER, Washington
County, Arkansas; JOHN AND JANE
DOE DEPUTIES; and JOHN DOE JAILER                          DEFENDANTS

## OPINION AND ORDER

Plaintiff, Floyd James Calico, filed this action pursuant to 42 U.S.C. §1983. He

proceeds *pro se* and *in forma pauperis.*

When he filed this case, Plaintiff was incarcerated in the Washington County

Detention Center. Plaintiff was specifically advised in an Order issued on March 14,

2019 (Doc. 3), that he was required to immediately inform the Court of any change of

address. In particular, the Order stated that if Plaintiff were transferred or released, he

must advise the Court of any change in his address by no later than thirty (30) days

from the time of transfer or release. Additionally, Rule 5.5(c)(2) of the Local Rules for

the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify

the Clerk and other parties to the proceedings of any change in his or her address, to

monitor the progress of the case, and to prosecute or defend the action diligently."

On June 12, 2019, June 19, 2019, June 25, 2019, June 28, 2019, and July 9,

2019, mail was returned to the Court as undeliverable. Defendants filed a motion to

dismiss (Docs. 11-12) on June 5, 2019. On June 18, 2019, an Order (Doc. 19) was

entered directing Plaintiff to file a response to the motion to dismiss by July 9, 2019.

Plaintiff did not file a response to the motion to dismiss. Plaintiff has not provided the Court with a new address. More than thirty days has passed since mail was first returned as undeliverable. To date, Plaintiff has not provided a new address or contacted the Court in any way.

Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this _17th_ day of July, 2019.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE